IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Franklin K. McCarty
        Debtor

Case No. 1:23-bk-01722-HWV
Chapter 13

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 11th day of August, 2023, come the above Debtor, by his counsel, CGA Law

Firm, Lawrence V. Young, Esquire and files the within Motion averring that:

1.      The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend

the time in which the Debtor must file all remaining documents.

2.      The above-captioned case is was filed as an emergency voluntary Chapter 13 petition on

July 28, 2023.

3.      The Debtor is experiencing difficulties obtaining pay invoices from his previous

employer, which has resulted in a delay of the Debtor's ability to compile and provide all of the

information necessary for Counsel to prepare schedules and statements.

4.      For the reasons, the Debtor respectfully request an extension until September 11, 2023 to

file all outstanding documents.

Respectfully submitted,
CGA Law Firm


By: /s/ Lawrence V. Young
      Lawrence V. Young, Esquire
      Sup. Ct. ID No. 21009
      135 N. George St. York, PA 17401
      Telephone: 717-848-4900
      (Counsel for Debtor)

{02334633/1}

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August11, 2023, a true and correct copy of the foregoing Motion to Extend Time  for all remaining documents was or will be sent to the following by CM  / ECF:

Office of the U.S. Trustee

Jack N. Zaharopoulos, Esquire,
Chapter 13 Trustee

          */s/ Lawrence V. Young* _____
          Lawrence V. Young, Esquire

{02334633/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Franklin K. McCarty

                    Case No. 1:23-bk-01722-HWV

    Debtor               Chapter 13

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon consideration of the Motion filed by the Debtor seeking to have the

time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be

extended an additional thirty (30) days.

BY THE COURT,

{02334633/1}