In re:  Case No. 23-01722-HWV

Franklin K McCarty  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Sep 06, 2023      Form ID: ntnew341      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franklin K McCarty, 2732 Meadowbrook Blvd., York, PA 17406-3043 |
| 5557390 | + | APOTHAKER SCIAN P.C., 520 FELLOWSHIP RD C306, P.O. BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5557385 | + | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5557406 | + | OSS - HEALTH CLINIC, 1855 POWDER MILL ROAD, YORK, PA 17402-4723 |
| 5557407 | + | OSS - HEALTH CLINIC, P.O. BOX 7126, LANCASTER, PA 17604-7126 |
| 5559538 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5557391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 18:42:17 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5557392 | + | Email/Text: bankruptcy@cavps.com | Sep 06 2023 18:32:00 | CAVALRY PORTFOLIO SERVICES, 1 AMERICAN LANE, SUITE 220, GREENWICH, CT 06831-2563 |
| 5557394 | + | Email/Text: mediamanagers@clientservices.com | Sep 06 2023 18:32:00 | CLIENT SERVICES, INC., 3451 HARRY S. TRUMAN BLVD., SAINT CHARLES, MO 63301-9816 |
| 5557395 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 06 2023 18:32:00 | COMMERCIAL ACCEPTANCE COMPANY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5557396 | | Email/Text: correspondence@credit-control.com | Sep 06 2023 18:32:00 | CREDIT CONTROL LLC, PO BOX 546, HAZELWOOD, MO 63042-0546 |
| 5557397 | | Email/Text: correspondence@credit-control.com | Sep 06 2023 18:32:00 | CREDIT CONTROL, LLC, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY, MO 63045 |
| 5557398 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2023 18:42:16 | CREDIT ONE BANK, P.O. BOX 98878, LAS VEGAS, NV 89193-8878 |
| 5557399 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 18:42:22 | EBAY, P.O. BOX 965065, ORLANDO, FL 32896-5065 |
| 5557400 | | Email/Text: bknotice@ercbpo.com | Sep 06 2023 18:32:00 | ERC, PO BOX 23870, JACKSONVILLE, FL 32241-3870 |
| 5557401 | + | Email/Text: data_processing@fin-rec.com | Sep 06 2023 18:32:00 | FINANCIAL RECOVERY SERVICES, P.O. BOX 385908, MINNEAPOLIS, MN 55438-5908 |
| 5557402 | + | Email/Text: ebn@heritagevalleyfcu.org | Sep 06 2023 18:32:00 | HERITAGE VALLEY FCU, 2400 PLEASANT VALLEY, YORK, PA 17402-9624 |
| 5559140 | + | Email/Text: BKRMailOps@weltman.com | Sep 06 2023 18:32:00 | Heritage Valley Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5557388 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2023 18:32:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5557393 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 06 2023 18:42:15 | CHASE CARD SERVICES, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5561640 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 06 2023 18:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5557403 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 06 2023 18:32:00 | LOANCARE LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5557404 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2023 18:32:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, P.O. BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5557405 | ^ | MEBN | Sep 07 2023 10:18:07 | MRS BPO, LLC, 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003-2016 |
| 5557387 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 18:32:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5557408 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 18:42:22 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5559605 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2023 18:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5557410 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2023 18:32:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5557386 | + | Email/Text: karen.brown@treasury.gov | Sep 06 2023 18:32:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5557411 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 18:42:22 | SYNCHRONRY BANK, P.O. BOX 965004, ORLANDO, FL 32896-5004 |
| 5557412 | + | Email/Text: bncmail@w-legal.com | Sep 06 2023 18:32:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5557772 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 06 2023 18:42:16 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 5557389 | | Email/Text: kcm@yatb.com | Sep 06 2023 18:32:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5557384 | *+ | FRANKLIN K MCCARTY, 2732 MEADOWBROOK BLVD., YORK, PA 17406-3043 |
| 5557409 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lawrence V. Young | on behalf of Debtor 1 Franklin K McCarty lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Franklin K McCarty,<br>aka Franklin Kenneth McCarty, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−01722−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: October 26, 2023<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 6, 2023 |

ntnew341 (04/18)