Covanta Projects LLC   445 South Street   Morristown, NJ 07960   +1 (862) 345-5000

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | | | 77287 | 05/21/2023 | 05/27/2023 | 06/02/2023 | |
| | | Gross Pay | | PreTax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 1,784.12 | | 0.00 | 457.58 | 0.00 | | 1,326.54 |
| YTD | | 12,540.78 | | 0.00 | 3,386.02 | 0.00 | | 9,154.76 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Hourly OT | 05/21/2023-05/27/2023 | 5.92 | 54.75 | 324.12 | 2,776.39 | OASDI | 110.73 | 778.23 |
| Regular | 05/21/2023-05/27/2023 | 39.42 | 36.5 | 1,438.83 | 8,368.37 | Medicare | 25.89 | 182.00 |
| Signing Bonus | | | | | 1,250.00 | Federal Withholding | 244.08 | 1,888.48 |
| Uniform Pay | 05/21/2023-05/27/2023 | 0.58 | 36.5 | 21.17 | 146.02 | State Tax - PA | 54.77 | 385.01 |
| | | | | | | SUI-Employee Paid - PA | 1.25 | 8.79 |
| | | | | | | City Tax - HRSBG | 17.86 | 125.51 |
| | | | | | | PA LST - HRSBG | 3.00 | 18.00 |
| Earnings | | | | 1,784.12 | 12,540.78 | Employee Taxes | 457.58 | 3,386.02 |

| Employer paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| W2GRP | | 1.88 | 11.28 | OASDI - Taxable Wages | 1,786.00 | 12,552.06 |
| | | | | Medicare - Taxable Wages | 1,786.00 | 12,552.06 |
| | | | | Federal Withholding - Taxable Wages | 1,786.00 | 12,552.06 |
| Employer paid Benefits | | 1.88 | 11.28 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| Heritage valley fcu | Primary | | ******8770 | | 1,326.54 USD |

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | | | 77287 | 05/28/2023 | 06/03/2023 | 06/09/2023 | |

Covanta Projects LLC  445 South Street  Morristown, NJ 07960  +1 (862) 345-5000

| | Gross Pay | PreTax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 899.73 | 0.00 | 181.25 | 0.00 | 718.48 |
| YTD | 13,440.51 | 0.00 | 3,567.27 | 0.00 | 9,873.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | 05/28/2023-06/03/2023 | 8 | 36.5 | 292.00 | 292.00 |
| Hourly OT | | | | | 2,776.39 |
| Regular | 05/28/2023-06/03/2023 | 16.32 | 36.5 | 595.68 | 8,964.05 |
| Signing Bonus | | | | | 1,250.00 |
| Uniform Pay | 05/28/2023-06/03/2023 | 0.33 | 36.5 | 12.05 | 158.07 |
| Earnings | | | | 899.73 | 13,440.51 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 55.90 | 834.13 |
| Medicare | 13.08 | 195.08 |
| Federal Withholding | 72.00 | 1,960.48 |
| State Tax - PA | 27.62 | 412.63 |
| SUI-Employee Paid - PA | 0.63 | 9.42 |
| City Tax - HRSBG | 9.02 | 134.53 |
| PA LST - HRSBG | 3.00 | 21.00 |
| Employee Taxes | 181.25 | 3,567.27 |

### Employer paid Benefits

| Description | Amount | YTD |
|---|---|---|
| W2GRP | 1.88 | 13.16 |
| Employer paid Benefits | 1.88 | 13.16 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 901.61 | 13,453.67 |
| Medicare - Taxable Wages | 901.61 | 13,453.67 |
| Federal Withholding - Taxable Wages | 901.61 | 13,453.67 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Heritage valley fcu | Primary | ******8770 | | 718.48 | USD |

Covanta Projects LLC  445 South Street  Morristown, NJ 07960  +1 (862) 345-5000

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | | | 77287 | 06/04/2023 | 06/10/2023 | 06/16/2023 | |
| | | Gross Pay | | PreTax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 1,838.88 | | 0.00 | 476.09 | 0.00 | | 1,362.79 |
| YTD | | 15,279.39 | | 0.00 | 4,043.36 | 0.00 | | 11,236.03 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | | 292.00 | OASDI | 114.12 | 948.25 |
| Hourly OT | 06/04/2023-06/10/2023 | 6.92 | 54.75 | 378.87 | 3,155.26 | Medicare | 26.69 | 221.77 |
| Regular | 06/04/2023-06/10/2023 | 39.17 | 36.5 | 1,429.71 | 10,393.76 | Federal Withholding | 256.13 | 2,216.61 |
| Signing Bonus | | | | | 1,250.00 | State Tax - PA | 56.45 | 469.08 |
| Uniform Pay | 06/04/2023-06/10/2023 | 0.83 | 36.5 | 30.30 | 188.37 | SUI-Employee Paid - PA | 1.29 | 10.71 |
| | | | | | | City Tax - HRSBG | 18.41 | 152.94 |
| | | | | | | PA LST - HRSBG | 3.00 | 24.00 |
| Earnings | | | | 1,838.88 | 15,279.39 | Employee Taxes | 476.09 | 4,043.36 |

| Employer paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| W2GRP | 1.88 | 15.04 | OASDI - Taxable Wages | 1,840.76 | 15,294.43 |
| | | | Medicare - Taxable Wages | 1,840.76 | 15,294.43 |
| | | | Federal Withholding - Taxable Wages | 1,840.76 | 15,294.43 |
| Employer paid Benefits | 1.88 | 15.04 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| Heritage valley fcu | Primary | | ******8770 | | 1,362.79  USD |

Covanta Projects LLC  445 South Street  Morristown, NJ 07960  +1 (862) 345-5000

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | | | 77287 | 06/11/2023 | 06/17/2023 | 06/23/2023 | |

| | Gross Pay | PreTax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,054.85 | 0.00 | 218.15 | 0.00 | 836.70 |
| YTD | 16,334.24 | 0.00 | 4,261.51 | 0.00 | 12,072.73 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | | 292.00 | OASDI | 65.52 | 1,013.77 |
| Hourly OT | | | | | 3,155.26 | Medicare | 15.32 | 237.09 |
| Regular | 06/11/2023-06/17/2023 | 28.4 | 36.5 | 1,036.60 | 11,430.36 | Federal Withholding | 90.62 | 2,307.23 |
| Signing Bonus | | | | | 1,250.00 | State Tax - PA | 32.38 | 501.46 |
| Uniform Pay | 06/11/2023-06/17/2023 | 0.5 | 36.5 | 18.25 | 206.62 | SUI-Employee Paid - PA | 0.74 | 11.45 |
| | | | | | | City Tax - HRSBG | 10.57 | 163.51 |
| | | | | | | PA LST - HRSBG | 3.00 | 27.00 |
| Earnings | | | | 1,054.85 | 16,334.24 | Employee Taxes | 218.15 | 4,261.51 |

| Employer paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| W2GRP | 1.88 | 16.92 | OASDI - Taxable Wages | 1,056.73 | 16,351.16 |
| | | | Medicare - Taxable Wages | 1,056.73 | 16,351.16 |
| | | | Federal Withholding - Taxable Wages | 1,056.73 | 16,351.16 |
| Employer paid Benefits | 1.88 | 16.92 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| Heritage valley fcu | Primary | | ******8770 | | 836.70 USD |

Covanta Projects LLC  445 South Street  Morristown, NJ 07960  +1 (862) 345-5000

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | | | 77287 | 06/18/2023 | 06/24/2023 | 06/30/2023 | |
| | | Gross Pay | | PreTax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 2,248.41 | | 0.00 | 617.47 | 0.00 | | 1,630.94 |
| YTD | | 18,582.65 | | 0.00 | 4,878.98 | 0.00 | | 13,703.67 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | | 292.00 | OASDI | 139.52 | 1,153.29 |
| Hourly OT | 06/18/2023-06/24/2023 | 14.4 | 54.75 | 788.40 | 3,943.66 | Medicare | 32.63 | 269.72 |
| Regular | 06/18/2023-06/24/2023 | 39.17 | 36.5 | 1,429.71 | 12,860.07 | Federal Withholding | 349.22 | 2,656.45 |
| Signing Bonus | | | | | 1,250.00 | State Tax - PA | 69.03 | 570.49 |
| Uniform Pay | 06/18/2023-06/24/2023 | 0.83 | 36.5 | 30.30 | 236.92 | SUI-Employee Paid - PA | 1.57 | 13.02 |
| | | | | | | City Tax - HRSBG | 22.50 | 186.01 |
| | | | | | | PA LST - HRSBG | 3.00 | 30.00 |
| Earnings | | | | 2,248.41 | 18,582.65 | Employee Taxes | 617.47 | 4,878.98 |

| Employer paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| W2GRP | 1.88 | 18.80 | OASDI - Taxable Wages | 2,250.29 | 18,601.45 |
| | | | Medicare - Taxable Wages | 2,250.29 | 18,601.45 |
| | | | Federal Withholding - Taxable Wages | 2,250.29 | 18,601.45 |
| Employer paid Benefits | 1.88 | 18.80 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Heritage valley fcu | Primary | ******8770 | | 1,630.94  USD |

Covanta Projects LLC   445 South Street   Morristown, NJ 07960   +1 (862) 345-5000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | 77287 | 06/25/2023 | 07/01/2023 | 07/07/2023 | |

| | Gross Pay | PreTax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,041.46 | 0.00 | 544.55 | 0.00 | 1,496.91 |
| YTD | 20,624.11 | 0.00 | 5,423.53 | 0.00 | 15,200.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | | | | | 292.00 |
| Hourly OT | 06/25/2023-07/01/2023 | 10.62 | 54.75 | 581.45 | 4,525.11 |
| Regular | 06/25/2023-07/01/2023 | 39.17 | 36.5 | 1,429.71 | 14,289.78 |
| Signing Bonus | | | | | 1,250.00 |
| Uniform Pay | 06/25/2023-07/01/2023 | 0.83 | 36.5 | 30.30 | 267.22 |
| Earnings | | | | 2,041.46 | 20,624.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 126.69 | 1,279.98 |
| Medicare | 29.63 | 299.35 |
| Federal Withholding | 300.70 | 2,957.15 |
| State Tax - PA | 62.67 | 633.16 |
| SUI-Employee Paid - PA | 1.43 | 14.45 |
| City Tax - HRSBG | 20.43 | 206.44 |
| PA LST - HRSBG | 3.00 | 33.00 |
| Employee Taxes | 544.55 | 5,423.53 |

### Employer paid Benefits

| Description | Amount | YTD |
|---|---|---|
| W2GRP | 1.88 | 20.68 |
| Employer paid Benefits | 1.88 | 20.68 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,043.34 | 20,644.79 |
| Medicare - Taxable Wages | 2,043.34 | 20,644.79 |
| Federal Withholding - Taxable Wages | 2,043.34 | 20,644.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Heritage valley fcu | Primary | ******8770 | | 1,496.91 | USD |

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Franklin Kenneth McCarty | Covanta Projects LLC | | | 77287 | 07/02/2023 | 07/08/2023 | 07/14/2023 | |

Covanta Projects LLC  445 South Street  Morristown, NJ 07960  +1 (862) 345-5000

| | Gross Pay | PreTax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,798.83 | 0.00 | 811.46 | 0.00 | 1,987.37 |
| YTD | 24,672.94 | 0.00 | 6,660.37 | 0.00 | 18,012.57 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday | 07/02/2023-07/08/2023 | 16 | 36.5 | 584.00 | 876.00 |
| Hourly OT | 07/02/2023-07/08/2023 | 3.92 | 54.75 | 214.62 | 4,739.73 |
| Regular | 07/02/2023-07/08/2023 | 23.33 | 36.5 | 851.55 | 15,141.33 |
| HRLY DT | 07/02/2023-07/08/2023 | 15.4 | 73 | 1,124.20 | 1,124.20 |
| Signing Bonus | | | | | 2,500.00 |
| Uniform Pay | 07/02/2023-07/08/2023 | 0.67 | 36.5 | 24.46 | 291.68 |
| Earnings | | | | 2,798.83 | 24,672.94 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 173.64 | 1,531.12 |
| Medicare | 40.61 | 358.08 |
| Federal Withholding | 481.32 | 3,713.47 |
| State Tax - PA | 85.92 | 757.46 |
| SUI-Employee Paid - PA | 1.96 | 17.29 |
| City Tax - HRSBG | 28.01 | 246.95 |
| PA LST - HRSBG | | 36.00 |
| Employee Taxes | 811.46 | 6,660.37 |

### Employer paid Benefits

| Description | Amount | YTD |
|---|---|---|
| W2GRP | 1.88 | 22.56 |
| Employer paid Benefits | 1.88 | 22.56 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,800.71 | 24,695.50 |
| Medicare - Taxable Wages | 2,800.71 | 24,695.50 |
| Federal Withholding - Taxable Wages | 2,800.71 | 24,695.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Heritage valley fcu | Primary | ******8770 | | 1,987.37 | USD |