United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Franklin K McCarty  
    Debtor

Case No. 23-01722-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 26, 2023     Form ID: ntcnfhrg     Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franklin K McCarty, 2732 Meadowbrook Blvd., York, PA 17406-3043 |
| 5557390 | + | APOTHAKER SCIAN P.C., 520 FELLOWSHIP RD C306, P.O. BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5557385 | + | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5557406 | + | OSS - HEALTH CLINIC, 1855 POWDER MILL ROAD, YORK, PA 17402-4723 |
| 5557407 | + | OSS - HEALTH CLINIC, P.O. BOX 7126, LANCASTER, PA 17604-7126 |
| 5559538 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5557391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 18:47:34 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5557392 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2023 18:43:00 | CAVALRY PORTFOLIO SERVICES, 1 AMERICAN LANE, SUITE 220, GREENWICH, CT 06831-2563 |
| 5557394 | + | Email/Text: mediamanagers@clientservices.com | Oct 26 2023 18:42:00 | CLIENT SERVICES, INC., 3451 HARRY S. TRUMAN BLVD., SAINT CHARLES, MO 63301-9816 |
| 5557395 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 26 2023 18:42:00 | COMMERCIAL ACCEPTANCE COMPANY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5557396 | | Email/Text: correspondence@credit-control.com | Oct 26 2023 18:42:00 | CREDIT CONTROL LLC, PO BOX 546, HAZELWOOD, MO 63042-0546 |
| 5557397 | | Email/Text: correspondence@credit-control.com | Oct 26 2023 18:42:00 | CREDIT CONTROL, LLC, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY, MO 63045 |
| 5557398 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 18:47:42 | CREDIT ONE BANK, P.O. BOX 98878, LAS VEGAS, NV 89193-8878 |
| 5557399 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 18:47:42 | EBAY, P.O. BOX 965065, ORLANDO, FL 32896-5065 |
| 5557400 | | Email/Text: bknotice@ercbpo.com | Oct 26 2023 18:43:00 | ERC, PO BOX 23870, JACKSONVILLE, FL 32241-3870 |
| 5557401 | + | Email/Text: data_processing@fin-rec.com | Oct 26 2023 18:42:00 | FINANCIAL RECOVERY SERVICES, P.O. BOX 385908, MINNEAPOLIS, MN 55438-5908 |
| 5557402 | + | Email/Text: ebn@heritagevalleyfcu.org | Oct 26 2023 18:43:00 | HERITAGE VALLEY FCU, 2400 PLEASANT VALLEY, YORK, PA 17402-9624 |
| 5559140 | + | Email/Text: BKRMailOps@weltman.com | Oct 26 2023 18:43:00 | Heritage Valley Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5557388 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 18:42:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5557393 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2023 18:47:35 | CHASE CARD SERVICES, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5561640 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 26 2023 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5557403 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 26 2023 18:42:00 | LOANCARE LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5571180 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 26 2023 18:42:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 5557404 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 18:43:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, P.O. BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5557405 | ^ | MEBN | Oct 26 2023 18:38:56 | MRS BPO, LLC, 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003-2016 |
| 5567698 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5557387 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5557408 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 18:47:28 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5570441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 18:47:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5559605 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5557410 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2023 18:43:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5557386 | + | Email/Text: karen.brown@treasury.gov | Oct 26 2023 18:42:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5557411 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 18:47:34 | SYNCHRONRY BANK, P.O. BOX 965004, ORLANDO, FL 32896-5004 |
| 5557412 | + | Email/Text: bncmail@w-legal.com | Oct 26 2023 18:42:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5557772 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 26 2023 18:47:42 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 5557389 | | Email/Text: kcm@yatb.com | Oct 26 2023 18:42:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5557384 | *+ | FRANKLIN K MCCARTY, 2732 MEADOWBROOK BLVD., YORK, PA 17406-3043 |
| 5557409 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lawrence V. Young | on behalf of Debtor 1 Franklin K McCarty lyoung@cgalaw.com tlocondro@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Franklin K McCarty,<br>aka Franklin Kenneth McCarty, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−01722−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 22, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: November 29, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 26, 2023 |

ntcnfhrg (08/21)