UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANKLIN K. MCCARTY : CHAPTER 13
      Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
vs. :
 :
FRANKLIN K. MCCARTY :
      Respondent : CASE NO. 1-23-bk-01722

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 26th day of October, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. Schedule I lacks description. (Debtor has new employer.)

2. The Trustee avers that debtor's plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan.

    WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

                                  /s/Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this   8th   day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Lawrence Young, Esquire
135 North George Street
York, PA   17401

                                                      <u>/s/Deborah A. DePalma</u>
                                                      Office of Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee