IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
    Franklin K. McCarty            :        Chapter 13
                                   :
    Debtor(s)                      :        Case No. 1:23--bk-01722-HWV
                                   :

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the First fee application filed by

Lawrence V. Young   , Esquire, counsel for the above Debtor, and upon a review of the record

revealing that Notice was given to all creditors and other parties in interest and no objections

have been received within the twenty-one (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning November 10, 2022

through February 28, 2025   , in the amount of  $5,088.27   for legal services rendered by said

counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses

incurred from November 10, 2022 through February 28, 2025   , in the amount of $529.84    for

a total award of $ 5,618.11  are hereby approved for services rendered and expenses incurred by

CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,834.00   from the Debtor, and $ 0.00     previously

received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay

$3,784.11 from the funds that the Trustee has on hand to Debtor's Counsel.

{02457225/1}