Certificate Number: 05781-PAM-DE-040178908

Bankruptcy Case Number: 23-01722


05781-PAM-DE-040178908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2025</u>, at <u>6:51</u> o'clock <u>PM PDT</u>, <u>Franklin McCarty</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 8, 2025</u>  By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>